**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6173**

ANTHONY D. SANDERS,

                      Petitioner – Appellant,

          v.

WARDEN, Federal Correctional Institution Edgefield,

                      Respondent – Appellee,

          and

UNITED STATES PAROLE COMMISSION,

                      Respondent.

Appeal from the United States District Court for the District of South Carolina, at Aiken.   David C. Norton, District Judge. (1:11-cv-01348-DCN)

Submitted:  July 25, 2013                    Decided:  July 29, 2013

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony D. Sanders, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony D. Sanders, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2013) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Sanders v. Warden, FCI Edgefield, No. 1:11-cv-01348-DCN (D.S.C. Jan. 24, 2013). We deny Sanders' motion for judicial notice of a 2009 parole hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2